# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Corry Darnell Carrigan, ) | Case No. 1:24-mj-655 |
| ) | |
| Defendant. ) | |

On October 28, 2024, Defendant filed a Motion for Substitution of Counsel. (Doc. No. 47). Therein he advises that he has retained attorney Andrew Schultz to represent him in this matter.

The court **GRANTS** Defendant's motion (Doc. No. 47). Attorney Andrew Schultz shall be substituted as counsel of record for Defendant. Defendant's court-appointed counsel, Katie Winbauer, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court